UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RACHEL A. BISHOP | CIVIL ACTION NO. 22-1607 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

Defendant Ochsner LSU Health Shreveport - St. Mary Medical Center LLC filed a Motion to Dismiss for failure to state a claim upon which relief can be granted [Record Document 10]. The Plaintiff opposed the Motion to Dismiss [Record Document 13] and sought leave to amend her complaint to raise an additional claim and expand upon her statement of facts [Record Document 12]. The Magistrate Judge granted this motion [Record Document 14], and the amended complaint was filed on September 6, 2022 [Record Document 15]. The defendant has informed the Court that the filing of the amended complaint has rendered its pending motion to dismiss moot.

**IT IS HEREBY ORDERED** that the Defendant's Motion to Dismiss [Record Document 10] is **DENIED** with the right to reurge.

**THUS DONE AND SIGNED** this 11th day of September, 2022.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE