## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

RACHEL A. BISHOP                                        CIVIL ACTION NO. 22-1607

VERSUS                                                         JUDGE ELIZABETH E. FOOTE

BOARD OF SUPERVISORS OF LOUISIANA  MAGISTRATE JUDGE HORNSBY
STATE UNIVERSITY, ET AL.

## ORDER

Before the Court is a joint motion to continue the trial date and all unexpired scheduling order deadlines. Record Document 46. Currently, trial is scheduled to begin October 21, 2024, while the pretrial conference is set for September 12, 2024. The parties seek a two-month continuance of all unexpired deadlines, of the pretrial conference date, and of the trial date. The parties represent that additional time is required for "extensive deposition discovery." *Id.* at ¶ 2.

The Court finds that the parties have demonstrated that a good faith cause for a continuance exists. Accordingly, **IT IS ORDERED** that the joint motion to continue [Record Document 46] is **GRANTED**. The trial and pretrial conference dates, as well as all dates and deadlines in the scheduling order, are hereby **UPSET**. This matter is **REFERRED** to Magistrate Judge Hornsby for a scheduling conference.

**THUS DONE AND SIGNED** this 14th day of December, 2023.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE