MINUTE ENTRY
KAYLA DYE MCCLUSKY
U.S. MAGISTRATE JUDGE
April 16, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| BISHOP | CIV. ACTION NO. 5:22-01607 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY ET AL | MAGISTRATE JUDGE HORNSBY |

This matter is before the undersigned for the limited purpose of conducting a settlement conference. The conference originally scheduled for Thursday, April 18, 2024, has been rescheduled for Tuesday, May 28 at 9:30am via Zoom. The deadline for submission of confidential statements is hereby reset to Thursday, May 23.

*KDM*