UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RACHEL A. BISHOP, M.D. | CIVIL ACTION NO. 5:22-cv-01607 |
| VERSUS | SENIOR JUDGE ELIZABETH E. FOOTE |
| BOARD OF SUPERVISORS OF THE LOUISIANA STATE UNIVERSITY AGRICULTURAL AND MECHANICAL COLLEGE and OCHSNER LSU HEALTH-ST. MARY MEDICAL CENTER, L.L.C. | MAGISTRATE JUDGE MARK L. HORNSBY<br><br>JURY TRIAL |

**MOTION FOR ORDER OF PARTIAL DISMISSAL WITH PREJUDICE REGARDING THE DEFENDANT BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AGRICULTURAL AND MECHANICAL COLLEGE ONLY**

NOW INTO COURT, through undersigned counsel, come Plaintiff Rachel A. Bishop, M.D., D.D.S. ("Bishop"), and defendant Board of Supervisors of Louisiana State University Agricultural and Mechanical College (the "Board"), who respectfully advise the Court that all claims and controversies in this lawsuit between these two litigants (and these two only), have been fully settled and compromised, with all claims against the sole other defendant, Ochsner LSU Health-St. Mary's Medical Center, remaining to be prosecuted.

Plaintiff Bishop and Defendant Board therefore respectfully move the Court for the entry of an Order of partial dismissal of all claims of Plaintiff Bishop against the Defendant Board *only*, with prejudice to the refiling of same; with each party to bear its own attorney fees' and costs, and with this Court retaining jurisdiction to enforce the settlement agreement between Plaintiff Bishop and Defendant Board, if necessary.

WHEREFORE, Plaintiff Rachel Bishop, M.D. and Defendant Board of Supervisors of Louisiana State University Agricultural and Mechanical College pray that this Court issue an Order

of partial dismissal of all claims of Plaintiff Bishop against the Defendant Board *only*, with prejudice to the refiling of same, and with each party bearing its own attorneys's fees and costs; Plaintiff Bishop and Defendant Board further pray that this Court retain jurisdiction to enforce the settlement agreement between Plaintiff Bishop and Defendant Board, if necessary.

Respectfully submitted this 9th day of ~~April,~~ May 2024

DOWNER, JONES, MARINO & WILHITE, LLC
401 Market Street, Suite 1250
Shreveport, LA 71101
Tel: 318-213-4444
Fax: 318-213-4445
e-mail: ajones@dhw-law.com
e-mail: pjones@dhw-law.com

By: s/ Pamela R. Jones
_____
Allison A. Jones, Bar No. 16990
Pamela R. Jones, Bar No. 19640

**ATTORNEYS FOR PLAINTIFF RACHEL A. BISHOP, M.D.**

LIZ MURRELL
ATTORNEY GENERAL

By: s/ Steven M. Oxenhandler
_____
Steven M. Oxenhandler (#28405)
soxenhandler@goldweems.com
Michael J. O'Shee (#10268)
moshee@goldweems.com
Joshua J. Dara (#35739)
jdara@goldweem.com
GOLD WEEMS LAW FIRM
2001 MacArthur Drive/P.O. Box 6118
Alexandria, LA 71307-6118
Tel: (318) 445-6471/ Fax: (318) 445-6476

**SPECIAL ASSISTANT ATTORNEYS GENERAL FOR THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AGRICULTURAL AND MECHANICAL COLLEGE**