UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RACHEL A. BISHOP | CIVIL ACTION NO. 22-1607 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Upon due consideration of the Motion for Voluntary Dismissal with Prejudice (Doc. 63) filed by the Plaintiff, Rachel A. Bishop, M.D., **IT IS ORDERED** that Plaintiff's claims against Defendant Ochsner LSU Health – St. Mary Medical Center are hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this 30th day of August, 2024.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE